UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 01-1859-CIV-SEITZ

IRVING and ANA ROSNER, *et al.*,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

### ORDER AUTHORIZING DISBURSEMENT FROM SPECIAL FUND FOR SOCIAL SERVICES FUNDING AND ADMINISTRATIVE EXPENSES FOR CALENDAR YEAR 2007

THIS MATTER is before the Court on Class Counsel's Status Report and Motion for Order Authorizing Disbursement from Special Fund for Social Services Funding and Administrative Expenses for Calendar Year 2007 ("Motion for Disbursement") [DE 257]. After reviewing Class Counsel's submission and for good cause shown, and being otherwise fully advised in the premises, it is hereby

    ORDERED that

    (1)    Plaintiffs Class Counsel's Motion for Disbursement [DE 257] is GRANTED.

    (2)    The Escrow Agent shall disburse from the Special Fund the following amounts upon the written direction of Class Counsel:

    (a)    $4.2 million to the Conference on Jewish Material Claims Against Germany, Inc., to be used for social service programs for Hungarian Nazi Victims in need for Calendar Year 2007 in accordance with the Detailed Plan of Allocation approved by this Court in its September 30, 2005 Final Order and Judgment;

  (b) $42,000 to the Conference on Jewish Material Claims Against Germany, Inc., as reimbursement for its administrative expenses for the 2007 Calendar Year;

  (c) The escrow agent may also deduct its fees from accumulated interest for the second year according to its agreement with Class Counsel, entered into as of December 21, 2005.

  DONE AND ORDERED at Miami, Florida, this <u>4th</u> day of January, 2007.

            _/s/ Patricia A. Seitz_
            PATRICIA A. SEITZ
            UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record