**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 01-1859-CIV-SEITZ

IRVING and ANA ROSNER, *et al.*,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.

_____/

## ORDER AMENDING DETAILED PLAN OF DISTRIBUTION FOR 2007

THIS MATTER is before the Court on Class Counsel's Notice of Filing [DE 260].  Attached to the notice of filing is the February 21, 2007 letter report of the Conference on Jewish Material Claims Against Germany ("Claims Conference"),[1] regarding the "2006 Allocation of Special Fund and Proposed Amendments to Detailed Plan of Allocation for 2007."  The Notice states that Class Counsel concur with the Claims Conference's proposed amendments.  Upon review of the record and being otherwise fully advised, it is hereby

ORDERED that the Detailed Plan of Allocation for the Special Fund is amended in accordance with the proposal submitted by the Claims Conference report dated February 21, 2007.

DONE AND ORDERED at Miami, Florida, this 12th day of March, 2007.

                PATRICIA A. SEITZ
                UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record

---

[1]  The Court retained exclusive and continuing jurisdiction over the matter, all parties, the Claims Conference and the Settlement Class Members to interpret and enforce the terms, conditions and obligations of the Final Order and Judgment in this matter.  (*See* DE 246.)  The Claims Conference was approved to administer the claims in this action.