In Re Hungarian Gold Train Settlement

Case No. 01-1859-CIV

PROGRAMMATIC REPORT ON THE 2012-2013 SPECIAL FUND ALLOCATION

OF THE HUNGARIAN GOLD TRAIN SETTLEMENT

SUBMITTED TO

Judge Patricia A. Seitz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Prepared by

THE CONFERENCE ON JEWISH MATERIAL CLAIMS AGAINST GERMANY, INC.

June 03, 2014

Claims Conference Programmatic Report, June 2014

# TABLE OF CONTENTS

Summary ................................................................................................. iii

Programmatic Reports by Agency

    Australia ........................................................................................ 1

    Canada .......................................................................................... 3

    Hungary ........................................................................................ 5

    Israel.............................................................................................. 6

    Sweden ......................................................................................... 7

    United States ................................................................................ 8

## SUMMARY

**Introduction**

The Conference on Jewish Material Claims Against Germany ("Claims Conference") hereby submits to the United States District Court, Southern District of Florida, a programmatic report relating to emergency assistance services provided between July 1, 2012 and June 30, 2013 from the Special Fund of the Hungarian Gold Train Settlement ("Settlement") to Hungarian Jewish victims of Nazi persecution.

In accordance with the Proposed Detailed Plan of Allocation ("Allocation Plan") that the Court ordered that the Claims Conference submit on June 10, 2005, the Claims Conference was charged with the management and administration of social service and emergency assistance programs for Hungarian Jewish victims of Nazi persecution under the Special Fund that the Settlement established.  Funds for these programs were provided over a six and a half year period to a network of Jewish communal agencies in Australia, Canada, Hungary, Israel, Romania, Sweden[1] and the United States.

On July 10, 2012, the Court approved funding for emergency assistance grants for "qualifying Hungarian Holocaust Survivors and limited administrative expenses" for the period July 1, 2012 until June 30, 2013, totaling $464,553.56.  This amount comprised $93,600 from the Special Fund, and $370,953.56 "in the Claims Conference's possession" from accumulated interest ($148,568.95) and cancelled funds ($222,384.61) that had yet to be allocated.

During this 12-month period, the Claims Conference allocated the $464,553.56 to 12 Jewish social service organizations in Australia, Canada, Hungary, Israel, Sweden and the United States.  Each organization provided emergency assistance to needy Hungarian Jewish Nazi victims in their own country, but the Jewish Community of Stockholm also partnered with Jewish social service organizations in the Czech Republic, New Zealand, Romania, Serbia and Slovakia.  Together, 2,098 unduplicated needy Hungarian Jewish Nazi victims residing in Australia, Canada, the Czech Republic, Hungary, Israel, New Zealand, Romania, Serbia, Slovakia, Sweden and the United States received emergency assistance through the Special Fund.

In all participating Jewish social service organizations, case management staff assessed all Hungarian Jewish Nazi victims seeking financial assistance.  Working with local Hungarian Holocaust Survivor Advisory Committees, case managers conducted a comprehensive needs assessment for each emergency assistance applicant.  In agencies that partnered with Sweden, local case management staff, along with their local Advisory Committees made recommendations to Stockholm's Hungarian Holocaust Survivor Advisory Committee, who made the final determination for emergency assistance grants to Hungarian Jewish Nazi

---

[1] In addition to providing services to needy Hungarian Jewish Nazi victims living in Sweden, the Jewish Community of Stockholm also coordinated the provision of emergency assistance to Hungarian Jewish Nazi victims residing in Argentina, Austria, Belgium, Brazil, Chile, Costa Rica, Croatia, Denmark, Germany, Italy, New Zealand, Norway, Serbia, South Africa, Spain, Switzerland, the United Kingdom, Uruguay and Venezuela.

victims residing in the Czech Republic, New Zealand, Romania, Serbia, Slovakia and Sweden.

The Special Fund was used for emergency assistance in the following areas: medical care, dental care, housing and related costs, housekeeping and homecare, food assistance, client transportation, program administration, and other expenses.

Figure 1 provides a summary of expenditures by service area.

**Figure 1.  2012-2013 Emergency Assistance Expenditures by Service Area**



### Medical Care

Medical care comprised the largest category of emergency need, totaling $279,271.28, or 60.1 percent of the funds remitted.  There were 1,749 Hungarian Jewish Nazi victims who received emergency assistance funds for medical care.  These grants covered the costs of co-

payments and co-insurance for medical treatment and medication, and also defrayed the costs of assistive devices such as hearing aids, eyeglasses, orthopedic shoes, walkers and wheelchairs, as well as the installation of safety devices in the home and the cost and maintenance of personal emergency response systems.

Even in countries with government-funded healthcare for the elderly, such as Canada, Israel and the United States, medical care comprised a high proportion of emergency assistance expenses. In Toronto, Circle of Care reported medical expenditures of $5,930.34, over one-third of its remittances, primarily for hearing aids, an expense that Canadian Medicare does not cover. The Hungarian Jewish Social Support Foundation provided 1,397 Hungarian Jewish Nazi victims with 2,027 grants that defrayed the costs for prescription medicines through a partnership with three pharmacies in Budapest and one in Debrecen; these four pharmacies coordinate services throughout the country.

The cost of assistive devices is often prohibitive to many living on fixed incomes. Mrs. T is an 87-year-old born in Vulchoree, Czechoslovakia who currently lives in New York. She and her husband have less than $300 per month in disposable income and no savings. Mrs. T began to have headaches, and her ophthalmologist prescribed new eyeglasses. She also has severe arthritis and back problems. Orthopedic shoes provide some relief but her pair had holes. With two emergency assistance grants from the Special Fund, Selfhelp Community Services was able to provide Mrs. T with $335 and $600, to purchase new eyeglasses and new orthopedic shoes, respectively.

Mr. D-K, a client of JewishCare-New South Wales in Australia is an 84-year-old from Budapest who spent most of the Nazi occupation in hiding. He has resided in Australia since 1950 and lives on his own in a rural area that is approximately 200 miles from Sydney. His co-morbidities, including Parkinson's disease, decreased circulation of both legs, osteoarthritis of the feet, diabetes and high blood pressure, limit his mobility. Emergency assistance funds enabled him to purchase specialized footwear.

Mr. C, an 83-year-old survivor of the Budapest Ghetto and a death march, who currently lives in Toronto, has cardio-vascular disease that has left him with mobility deficiencies. After his last hospitalization, there was a recommendation for nursing home placement, but he chose to return home. His wife and personal support worker assist him with his daily routine, but there are no children or other family members in the area. With emergency assistance from the Special Fund, Circle of Care purchased incontinency products, and purchased and installed a raised toilet seat, bath bench, bath bars, and a saskapole, which allows Mr. C to rise and sit easily. These items make it possible for Mr. C to remain safely and risk-free at home.

Mrs. B of Stockholm has reduced vision; she is the primary caregiver for her husband, who suffers from senile dementia. In order for Mrs. B to remain at home with her husband, she requires special technical equipment to help her take care of her home, including overseeing household finances. With the intervention of the Jewish Community of Stockholm, a Special Funds emergency assistance grant partly covered the cost for a special computer and display.

**Dental Care**

Dental care for 115 Hungarian Jewish Nazi victims comprised 15.6 percent of emergency assistance fund remittances ($72,442.22), and was the second largest expenditure. These funds allowed Hungarian Jewish Nazi victims to avail themselves of emergency treatment for relief of oral pain and infection, diagnostic x-rays, dentures, denture repairs and other supply costs.

Mrs. B, a survivor of the Budapest Ghetto, was widowed in 2012, and shortly thereafter diagnosed with cancer. Side-effects of chemotherapy included a need for extensive dental care. With an emergency assistance grant from Guardians of the Sick Alliance/Bikur Cholim Hesed Organization in Brooklyn, Mrs. B was able to pay her dental bills, which, in turn, contributed to her peace of mind.

Mr. M lives in Haifa. He is a survivor of the Budapest Ghetto. With a Special Fund emergency assistance grant for dental care from the Foundation for the Benefit of Holocaust Victims in Israel, he is able to eat solid food again, thereby improving his quality of life.

**Housing and Related Costs**

The costs related to remaining in one's home comprised the third largest category of expenses (15.2 percent). In Hungary, tenants who accumulate unpaid utility bills not only face termination of services but also eviction from their homes. Of the 338 Hungarian Jewish Nazi victims worldwide receiving a total of $70,580.08 in emergency assistance grants for housing and related costs, 263 are clients of the Hungarian Jewish Social Support Foundation.

Approximately 55 percent of the monthly pension income of Mr. and Mrs. K is used for utility costs. In addition, they receive an annual bill that is the difference between real consumption and average consumption. It is approximately one and a half times the monthly utility bill, an adjustment that puts them and many pensioners in arrears. Special Fund emergency support has enabled the K's and many others to pay their utility bills and remain in their homes.

Mr. and Mrs. M have lived in Australia since 1956 and were small business owners, but do not receive an Australian pension. A combination of business failure and Mrs. M's ill health, including Bells' palsy, hyperthyroidism, anxiety and generalized arthritis, resulted in massive debts, including overdue rent. With a Special Fund emergency assistance grant from JewishCare-New South Wales in Sydney, the M's were able to pay outstanding rent, remain in their home, and avoid eviction.

In addition to relief for unpaid rent and utilities, emergency assistance grants for housing and related costs allowed Hungarian Jewish Nazi victims to cope with unexpected costs, such as the repair, maintenance or replacement of home appliances and furnishings.

Mr. and Mrs. H live in Melbourne, Australia; their sole source of income is a full-age pension. In March 2013, the H's discovered a leak in their home's hot water line that necessitated

replacement of the entire line.  JewishCare (Victoria) made possible a Special Fund emergency assistance grant for the repairs, which in turn reduced the H's water bills.

**Housekeeping and Homecare**

Housekeeping and homecare comprised only 3.9 percent of remittances to the Special Fund in 2012-2013, totaling $18,285.55 with 33 beneficiaries.  These emergency assistance grants are used for short-term housekeeping, heavy-duty house cleaning, homecare or respite care.  Emergency assistance homecare grants are usually leveraged with other available public and private sources available for home- and community-based services.

A JewishCare-New South Wales Hungarian Jewish Nazi victim client who benefitted from a Special Fund grant for heavy duty housecleaning is Mrs. A.  Currently 93-years-old, she used false papers until she was discovered, and was then in the Budapest Ghetto.  Hearing loss, chronic anxiety and depression, and multiple foot fractures, have limited her mobility.  In addition to the heavy duty housecleaning, Mrs. A has also received emergency physiotherapy and mobility assessment to ensure that she is safe in her home.

**Food Assistance**

Food can be a casualty of household expense tradeoffs, particularly when one has a limited income.  There were 39 Hungarian Jewish Nazi victims who received food assistance worldwide, which comprised 2.8 percent of total Special Fund expenditures ($12,964.49).  Food assistance includes home-delivered meals on a short-term basis and direct payments to vendors for groceries, food packages, gift cards or food vouchers.  Home delivery of hot meals is often combined with a friendly visit from a case worker or trained volunteer, who uses the visit to observe discrete changes in the client's living conditions that need attention.

Hungarian Jewish Nazi victims in Montreal were the primary beneficiaries of these grants: There were 28 survivors who received grants totaling $9,612.24.  Mr. and Mrs. U live on a fixed income and have two dependent adult sons:  One is unemployed and the other has special needs.  Recently, Mr. U recently had a stroke and Mrs. U was diagnosed with cancer.  As part of the intense case management coordination that the Cummings Jewish Centre for Seniors has provided, it has used Special Funds to purchase food gift cards.

**Client Transportation**

Emergency assistance grants for client transportation, assure that Hungarian Jewish Nazi victims obtain needed services outside of the home, such as medical and respite care, and congregate meals.  It also allows them to go shopping and perform other errands, and attend religious services as well.  There were 11 Hungarian Jewish Nazi victims, using 0.5 percent of the total funds expended on emergency assistance ($2,233.75), who benefitted from client transportation grants from the Special Fund.

In Los Angeles and other communities, client transportation grants have allowed Hungarian Jewish Nazi victims greater mobility.  Mr. M is an 81-year-old concentration camp survivor

who has limited dexterity due to arthritis. Client transportation grants allow him to go to doctors' appointments on his own, as well as to the pharmacy and supermarket to purchase food, medications and vitamins.

**Program Administration**

In 2005, the Court approved the use of Special Funds for administrative costs, not to exceed 3 percent of the Special Fund allocation per agency.[2]

Only five agencies used the Special Fund Allocation for program administration: JewishCare-New South Wales, the Hungarian Jewish Social Support Foundation, the Jewish Community of Stockholm, Guardians of the Sick Alliance/Bikur Cholim Hesed Organization, and Pesach Tikvah/Door of Hope. Together, administrative costs totaled $6,276.19 or 1.4 percent of Special Fund remittances.

**Other Expenses**

Only four Hungarian Jewish Nazi victims living in the New York City metropolitan area received emergency assistance for other purposes: legal assistance and funeral expenses. Together they comprised 0.5 percent of total Special Fund expenses ($2,500).

**Conclusion**

The Special Fund allocation of the Hungarian Gold Train Settlement has improved the lives of thousands of needy Hungarian Jewish Nazi victims throughout the world. While spending priorities have held steady since the advent of the Special Fund, the 2012-2013 program year showed a greater need for medical and dental services than in previous years. Emergency assistance grants for medical care have given survivors access to medications and assistive devices such as hearing aids, eyeglasses and orthopedic shoes, which Hungarian Jewish Nazi victims might have forgone otherwise. Dental care grants stave off infections, which in turn can prevent hospitalization. Grants for housing and related costs have helped Hungarian Jewish Nazi victims avoid eviction. Housekeeping and homecare services make homes more habitable and help clients avoid nursing home placement. Availability of emergency assistance funds has allowed Hungarian Jewish Nazi victims to avoid choosing between purchasing essential medicine or food. Client transportation helps them feel more independent.

Together, these emergency assistance grants allowed 2,098 Hungarian Jewish Nazi victims in 2012-2013 to receive the care and support they need from social welfare professionals, improve their quality of life, live in dignity, and remain in their homes and communities as they age.

A detailed summary of participating agency expenditures from July 1, 2012 through June 30, 2013 follows.

---

[2]The exception is the Jewish Community of Stockholm, which is allowed 6 percent for administrative costs.

Claims Conference Programmatic Report, June 2014

| DISTRIBUTION OF ALLOCATIONS | |
|---|---|
| COUNTRY: | Australia |
| AGENCY: | JewishCare-New South Wales |
| ADDRESS: | P.O. Box 647, Bondi Junction, Sydney, NSW  1355 |
| CHIEF EXECUTIVE OFFICER: | Claire Vernon, CEO |
| GRANT NUMBER: | HGTREALL1 14350 |
| AGENCY DESCRIPTION: | Jewish Care-New South Wales was founded in 1936.  It provides comprehensive social services to Jewish Nazi victims, including case management, homecare, client transportation, counseling and mental health services, medical programs, socialization, information and referral, and emergency assistance. |
| AMOUNT OF ALLOCATION: | $7,139.00 |
| TOTAL UNDUPLICATED NUMBER OF PERSONS SUPPORTED: | 3 |

| Type of Service: | Amount (US$): | Number of Beneficiaries: |
|---|---|---|
| Administration | $208.00 | |
| **Program Subtotal** | **$208.00** | |
| *Emergency Assistance*\* | | |
| Housing and Related Costs | | |
| Dental | | |
| Food | | |
| Medical | $711.93 | 3 |
| Housekeeping/Homecare | $6,219.07 | 2 |
| Transportation | | |
| Other | | |
| **Emergency Assistance Subtotal** | **$6,931.00** | |
| *Total Amount Paid:* | *$7,139.00* | |
| Balance Open: | $0.00 | |

1

| **DISTRIBUTION OF ALLOCATIONS** | |
|---|---|
| COUNTRY: | Australia |
| AGENCY: | JewishCare (Victoria) Inc. |
| ADDRESS: | 619 St. Kilda Road, Melbourne, VIC 3004 |
| CHIEF EXECUTIVE OFFICER: | Bill Appleby, CEO |
| GRANT NUMBER: | HGTREALL1 14351 |
| AGENCY DESCRIPTION: | Jewish Care (Victoria) Inc. was established in 2001, as a result of a merger of Montefiore Homes and Jewish Community Services. The Jewish Nazi victim program includes in-home services, respite care, counseling, health care, housing support, financial aid, socialization programs and emergency assistance. |
| AMOUNT OF ALLOCATION: | $5,760.00 |
| TOTAL UNDUPLICATED NUMBER OF PERSONS SUPPORTED: | 3 |

| *Type of Service:* | Amount (US$): | Number of Beneficiaries: |
|---|---|---|
| Administration | | |
| **Program Subtotal** | | |
| *Emergency Assistance* | | |
| Housing and Related Costs | $5,760.00 | 3 |
| Dental | | |
| Food | | |
| Medical | | |
| Housekeeping/Homecare | | |
| Transportation | | |
| Other | | |
| **Emergency Assistance Subtotal** | **$5,760.00** | |
| *Total Amount Paid:* | *$5,760.00* | |
| Balance Open: | $0.00 | |

2

| DISTRIBUTION OF ALLOCATIONS | |
|---|---|
| COUNTRY: | Canada |
| AGENCY: | Circle of Care |
| ADDRESS: | 4211 Yonge Street, Suite 401, Toronto, ON  M2P 2A9 |
| CHIEF EXECUTIVE OFFICER: | Michael Scheinert, President & CEO |
| GRANT NUMBER: | HGTREALL1 14344 |
| AGENCY DESCRIPTION: | Circle of Care was founded in 1974 as a nonprofit charitable organization to provide social services to the elderly. Its mission has expanded and it now serves clients from birth to the end of life.  Its program for Jewish Nazi victims includes in-home services, respite care, home-delivered meals, client transportation, medical and dental assistance, and emergency assistance. |
| AMOUNT OF ALLOCATION: | $16,000.00 |
| TOTAL UNDUPLICATED NUMBER OF PERSONS SUPPORTED: | 16 |

| *Type of Service:* | *Amount (US$):* | *Number of Beneficiaries:* |
|---|---:|---:|
| Administration | | |
| **Program Subtotal** | | |
| *Emergency Assistance* | | |
| Housing and Related Costs | $1,633.12 | 1 |
| Dental | $8,054.34 | 7 |
| Food | $147.00 | 1 |
| Medical | $5,930.34 | 11 |
| Housekeeping/Homecare | $235.20 | 1 |
| Transportation | | |
| Other | | |
| **Emergency Assistance Subtotal** | **$16,000.00** | |
| *Total Amount Paid:* | *$16,000.00* | |
| Balance Open: | $0.00 | |

3

| DISTRIBUTION OF ALLOCATIONS | |
|---|---|
| COUNTRY: | Canada |
| AGENCY: | Cummings Jewish Centre for Seniors |
| ADDRESS: | 3 Carre Cummings Square, Montreal, QC  H3W 3E8 |
| CHIEF EXECUTIVE OFFICER: | Herb Finkelberg, Executive Director |
| GRANT NUMBER: | HGTREALL1 14347 |
| AGENCY DESCRIPTION: | Cummings Jewish Centre for Seniors was founded in 1965.  Its Jewish Nazi victim program includes case management, homecare, food assistance, medical assistance, client transportation, adult care  programs, socialization programs and emergency assistance. |
| AMOUNT OF ALLOCATION: | $12,291.00 |
| TOTAL UNDUPLICATED NUMBER OF PERSONS SUPPORTED: | 32 |

| *Type of Service:* | *Amount (US$):* | *Number of Beneficiaries:* |
|---|---:|---:|
| Administration | | |
| **Program Subtotal** | | |
| *Emergency Assistance* | | |
| Housing and Related Costs | | |
| Dental | $2,100.79 | 2 |
| Food | $9,612.25 | 28 |
| Medical | $577.96 | 2 |
| Housekeeping/Homecare | | |
| Transportation | | |
| Other | | |
| **Emergency Assistance Subtotal** | **$12,291.00** | |
| *Total Amount Paid:* | *$12,291.00* | |
| Balance Open: | $0.00 | |

Claims Conference Programmatic Report, June 2014

| **DISTRIBUTION OF ALLOCATIONS** |
|---|---|
| COUNTRY: | Hungary |
| AGENCY: | Hungarian Jewish Social Support Foundation |
| ADDRESS: | Sip Utca 12, Budapest  H-1075 |
| CHIEF EXECUTIVE OFFICER: | Taly Shaul, General Director |
| GRANT NUMBER: | HGTREALL1 14341 |
| AGENCY DESCRIPTION: | The Hungarian Jewish Social Support Foundation is an umbrella group of Jewish organizations that was founded in 1991.  It has an extensive social welfare program for Jewish Nazi victims throughout the country, including case management, home-delivered meals, home nursing, transportation, medicine, medical equipment, dental care and emergency assistance. |
| AMOUNT OF ALLOCATION: | $105,756.00 |
| TOTAL UNDUPLICATED NUMBER OF PERSONS SUPPORTED: | 1,535 |

| *Type of Service:* | Amount (US$): | Number of Beneficiaries: |
|---|---:|---:|
| Administration | $3,171.88 | |
| **Program Subtotal** | **$3,171.88** | |
| *Emergency Assistance* | | |
| Housing and Related Costs | $20,934.03 | 263 |
| Dental | | |
| Food | | |
| Medical | $81,650.09 | 1,397 |
| Housekeeping/Homecare | | |
| Transportation | | |
| Other | | |
| **Emergency Assistance Subtotal** | **$102,584.12** | |
| *Total Amount Paid:* | *$105,756.00* | |
| Balance Open: | $0.00 | |

5

| DISTRIBUTION OF ALLOCATIONS | |
|---|---|
| COUNTRY: | Israel |
| AGENCY: | Foundation for the Benefit of Holocaust Victims in Israel |
| ADDRESS: | P.O.B. 7197, Tel Aviv  64734 |
| CHIEF EXECUTIVE OFFICER: | Avi Dichter, Chairman |
| GRANT NUMBER: | HGTREALL1 14340 |
| AGENCY DESCRIPTION: | |
| | The Foundation for the Benefit of Holocaust Victims in Israel was established in 1994 by Jewish Nazi victims.  Its services include homecare and skilled nursing care, individual grants for medical needs, including medical equipment and the provision of personal emergency response systems, a friendly visitor program and emergency assistance. |
| AMOUNT OF ALLOCATION: | $191,864.00 |
| TOTAL UNDUPLICATED NUMBER OF PERSONS SUPPORTED: | 297 |

| *Type of Service:* | *Amount (USD) :* | *Number of Beneficiaries:* |
|---|---:|---:|
| Administration | | |
| **Program Subtotal** | | |
| *Emergency Assistance and Special Medical Cases* | | |
| Housing and Related Costs | $2,204.15 | 1 |
| Dental | $48,548.49 | 80 |
| Food | | |
| Medical | $140,071.13 | 249 |
| Housekeeping/Homecare | | |
| Transportation | $1,040.23 | 7 |
| Other | | |
| **Emergency Assistance Subtotal** | $191,864.00 | |
| *Total Amount Paid:* | $191,864.00 | |
| Balance Open: | $0.00 | |

6

| DISTRIBUTION OF ALLOCATIONS | |
|---|---|
| COUNTRY: | Sweden |
| AGENCY: | Jewish Community of Stockholm |
| ADDRESS: | P.O. Box 7427, Stockholm  SE-10391 |
| CHIEF EXECUTIVE OFFICER: | Ingrid Lomfors, Executive Director |
| GRANT NUMBER: | HGTREALL1 14342 |
| AGENCY DESCRIPTION: | The Jewish Community of Stockholm was founded in 1776.  Its Jewish Nazi victim program includes case management, homecare, counseling, home-delivered meals, housing assistance, dental care, a medical health center, several adult day centers and emergency assistance.   It also administers the Special Fund emergency assistance program in the Czech Republic, Serbia, Slovakia, New Zealand and Romania. |
| AMOUNT OF ALLOCATION: | $34,195.00 |
| TOTAL UNDUPLICATED NUMBER OF PERSONS SUPPORTED: | 92 |

| *Type of Service:* | Amount (US$): | Number of Beneficiaries: |
|---|---:|---:|
| Administration | $2,052.00 | |
| **Program Subtotal** | **$2,052.00** | |
| *Emergency Assistance* | | |
| Housing and Related Costs | $9,045.64 | 32 |
| Dental | $3,133.60 | 10 |
| Food | | |
| Medical | $13,712.48 | 36 |
| Housekeeping/Homecare | $6,251.28 | 22 |
| Transportation | | |
| Other | | |
| **Emergency Assistance Subtotal** | **$32,143.00** | |
| *Total Amount Paid:* | *$34,195.00* | |
| Balance Open: | $0.00 | |

7

| DISTRIBUTION OF ALLOCATIONS | |
|---|---|
| COUNTRY: | United States |
| AGENCY: | Jewish Family Service of Los Angeles |
| ADDRESS: | 3580 Wilshire Blvd., Suite 700, Los Angeles, CA  90010 |
| CHIEF EXECUTIVE OFFICER: | Paul Castro, Executive Director |
| GRANT NUMBER: | HGTREALL1 14349 |
| AGENCY DESCRIPTION: | |
| | The Jewish Family Service of Los Angeles was established in 1935.  It has operated a designated program for Jewish Nazi victims since 1995, which provides case management, counseling, advocacy, homecare, adult protective services, client transportation, friendly visiting, telephone reassurance, food assistance, socialization, and emergency assistance in the Greater Los Angeles area. |
| AMOUNT OF ALLOCATION: | $7,259.00 |
| TOTAL UNDUPLICATED NUMBER OF PERSONS SUPPORTED: | 14 |

| Type of Service: | Amount (US$): | Number of Beneficiaries: |
|---|---|---|
| Administration | | |
| **Program Subtotal** | | |
| *Emergency Assistance* | | |
| Housing and Related Costs | $3,586.05 | 6 |
| Dental | $900.00 | 1 |
| Food | $900.00 | 3 |
| Medical | $986.05 | 4 |
| Housekeeping/Homecare | | |
| Transportation | $886.90 | 3 |
| Other | | |
| **Emergency Assistance Subtotal** | **$7,259.00** | |
| *Total Amount Paid:* | *$7,259.00* | |
| Balance Open: | $0.00 | |

8

| DISTRIBUTION OF ALLOCATIONS | |
|---|---|
| COUNTRY: | United States |
| AGENCY: | Blue Card, Inc. |
| ADDRESS: | 171 Madison Avenue, Suite 1405, New York, NY 10016 |
| CHIEF EXECUTIVE OFFICER: | Masha Pearl, Executive Director |
| GRANT NUMBER: | HGTREALL1 14345 |
| AGENCY DESCRIPTION: | The Blue Card was established in 1940. The organization primarily provides financial aid to Jewish Nazi victims. It works with the Claims Conference to provide emergency assistance grants and homecare to Jewish Nazi victims throughout the United States living in communities with no specialized social service programs for survivors. During the period July 1, 2012 through June 30, 2013, it also provided emergency assistance grants to Hungarian Jewish Nazi victims in communities that did not receive Special Funds during this period. |
| AMOUNT OF ALLOCATION: | $39,074.00 |
| TOTAL UNDUPLICATED NUMBER OF PERSONS SUPPORTED: | 27 |

| *Type of Service:* | *Amount (US$):* | *Number of Beneficiaries:* |
|---|---|---|
| Administration | | |
| **Program Subtotal** | | |
| *Emergency Assistance* | | |
| Housing and Related Costs | $16,416.24 | 9 |
| Dental | $4,790.00 | 4 |
| Food | | |
| Medical | $16,561.14 | 14 |
| Housekeeping/Homecare | | |
| Transportation | $306.62 | 1 |
| Other--Legal Assistance | $1,000.00 | 1 |
| **Emergency Assistance Subtotal** | **$39,074.00** | |
| *Total Amount Paid:* | *$39,074.00* | |
| Balance Open: | $0.00 | |

9

| **DISTRIBUTION OF ALLOCATIONS** | |
|---|---|
| COUNTRY: | United States |
| AGENCY: | Guardians of the Sick Alliance/Bikur Cholim Hesed Organization |
| ADDRESS: | 5216 11th Avenue, Brooklyn, NY  11219 |
| CHIEF EXECUTIVE OFFICER: | Avi Fishof, Executive Director |
| GRANT NUMBER: | HGTREALL1 14343 |
| AGENCY DESCRIPTION: | |
| | Guardians of the Sick/Bikur Cholim Hesed Organization is a consortium of five organizations in Brooklyn and Staten Island.  Since 1999, it has provided primarily Orthodox Jewish Nazi victims with case management, friendly visiting, personal emergency response systems, homecare, counseling, socialization, restitution assistance, adult care programs, a "University without Walls," and emergency assistance. |
| AMOUNT OF ALLOCATION: | $20,870.56 |
| TOTAL UNDUPLICATED NUMBER OF PERSONS SUPPORTED: | 34 |

| *Type of Service:* | Amount (US$): | Number of Beneficiaries: |
|---|---:|---:|
| Administration | $626.12 | |
| **Program Subtotal** | **$626.12** | |
| *Emergency Assistance* | | |
| Housing and Related Costs | $4,576.11 | 6 |
| Dental | $3,255.00 | 7 |
| Food | $100.00 | 1 |
| Medical | $6,241.33 | 13 |
| Housekeeping/Homecare | $4,572.00 | 7 |
| Transportation | | |
| Other--Funeral Expenses | $1,500.00 | 3 |
| **Emergency Assistance Subtotal** | **$20,244.44** | |
| *Total Amount Paid:* | *$20,870.56* | |
| Balance Open: | $0.00 | |

| DISTRIBUTION OF ALLOCATIONS | |
|---|---|
| COUNTRY: | United States |
| AGENCY: | Pesach Tikvah/Door of Hope |
| ADDRESS: | 18 Middleton Street, Brooklyn, NY  11216 |
| CHIEF EXECUTIVE OFFICER: | Irwin Shindler, Executive Director |
| GRANT NUMBER: | HGTREALL1 14348 |
| AGENCY DESCRIPTION: | Pesach Tikvah/Door of Hope was established in 1986.  It provides Jewish Nazi victims in Williamsburg, Brooklyn with homecare, meals-on-wheels, case management and emergency assistance. |
| AMOUNT OF ALLOCATION: | $9,373.00 |
| TOTAL UNDUPLICATED NUMBER OF PERSONS SUPPORTED: | 17 |

| *Type of Service:* | *Amount (US$):* | *Number of Beneficiaries:* |
|---|---|---|
| Administration | $218.19 | |
| **Program Subtotal** | **$218.19** | |
| *Emergency Assistance* | | |
| Housing and Related Costs | $4,001.57 | 5 |
| Dental | $1,300.00 | 3 |
| Food | $2,205.24 | 6 |
| Medical | $640.00 | 3 |
| Housekeeping/Homecare | $1,008.00 | 1 |
| Transportation | | |
| Other | | |
| **Emergency Assistance Subtotal** | **$9,154.81** | |
| *Total Amount Paid:* | *$9,373.00* | |
| Balance Open: | $0.00 | |

| DISTRIBUTION OF ALLOCATIONS | |
|---|---|
| COUNTRY: | United States |
| AGENCY: | Selfhelp Community Services, Inc. |
| ADDRESS: | 520 Eighth Avenue, 5th Floor, New York, NY  10018 |
| CHIEF EXECUTIVE OFFICER: | Stuart C. Kaplan, CEO |
| GRANT NUMBER: | HGTREALL1 14346 |
| AGENCY DESCRIPTION: | Selfhelp Community Services was established in 1936 and is the largest social service provider for Jewish Nazi victims in New York City and Nassau County.  The agency assists Jewish Nazi victims through community-based programs such as senior centers.  Services include homecare, case management, transportation, information and referral services, and emergency assistance. |
| AMOUNT OF ALLOCATION: | $14,972.00 |
| TOTAL UNDUPLICATED NUMBER OF PERSONS SUPPORTED: | 28 |

| *Type of Service:* | *Amount (US$):* | *Number of Beneficiaries:* |
|---|---|---|
| Administration | | |
| **Program Subtotal** | | |
| *Emergency Assistance* | | |
| Housing and Related Costs | $2,423.17 | 12 |
| Dental | $360.00 | 1 |
| Food | | |
| Medical | $12,188.83 | 17 |
| Housekeeping/Homecare | | |
| Transportation | | |
| Other | | |
| **Emergency Assistance Subtotal** | **$14,972.00** | |
| *Total Amount Paid:* | *$14,972.00* | |
| Balance Open: | $0.00 | |